Charles Lew (SBN 227495)
*Charles@thelewfirm.com*
Isaiah Artest (SBN 320326)
*Isaiah@thelewfirm.com*
THE LEW FIRM, APC
9440 Santa Monica Blvd., Suite 301
Beverly Hills, California 90210
Telephone: (310) 279-5145
Facsimile:  (310) 300-1819

Damion D. D. Robinson, SBN 262573
David Markevitch, SBN 256163
Jimmie Davis Parker SBN 252023
ROBINSON MARKEVITCH & PARKER LLP
8430 Santa Monica Blvd., Suite 200
West Hollywood, California 90069
Tel. (213) 757-7778
Email:      dr@robinsonmarkevitch.com
            dm@robinsonmarkevitch.com
            jdp@robinsonmarkevitch.com

Attorneys for Plaintiffs JANE DOES 1–8

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE 1, an individual; JANE DOE 2, an individual; JANE DOE 3, an individual; JANE DOE 4, an individual; JANE DOE 5, an individual; JANE DOE 6, an individual; JANE DOE 7, an individual; JANE DOE 8, an individua, individually and on behalf of all others similarly situated<br><br>Plaintiffs,<br><br>vs.<br><br>JAIME S. SCHWARTZ, MD, an individual; JAIME S. SCHWARTZ, MD PC, a California professional corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | **Case No.:** CV 25-898-GW-SSCx<br><br>Assigned to:<br>Hon. George H. Wu<br><br>**ORDER APPROVING STIPULATION RE: FILING OF FIRST AMENDED COMPLAINT**<br><br>Complaint Filed:  2/3/2025<br>Trial Date:  [Not Set] |

## **<u>ORDER</u>**

The Court, having considered the parties' Stipulation re: Filing of First Amended Complaint, and finding good cause, hereby APPROVES the Stipulation as follows:

1.    Plaintiffs Jane Does 1 through 8 are given leave to file a First Amended Complaint on or before April 4, 2025.

2.    Defendants Jaime S. Schwartz, MD and Jaime S. Schwartz, MD PC ("Defendants") need not answer the operative Complaint currently on file. Defendants shall have until April 30, 2025 to respond to the First Amended Complaint.

**It is SO ORDERED.**

Dated:  March 21, 2025

_____
HON. GEORGE H. WU
United States District Judge

- 1 -

ORDER