Damion D. D. Robinson, Cal. Bar No. 262573
 dr@robinsonmarkevitch.com
David Markevitch, Cal. Bar No. 256163
 dm@robinsonmarkevitch.com
Jimmie Davis Parker Cal. Bar No. 252023
 jdp@robinsonmarkevitch.com
ROBINSON MARKEVITCH & PARKER LLP
8430 Santa Monica Blvd., Suite 200
West Hollywood, CA 90069
Tel. (213) 757-7778

Raymond P. Boucher, Cal. Bar No. 115364
 ray@boucher.la
Shehnaz M. Bhujwala, Cal. Bar No. 223484
 bhujwala@boucher.la
BOUCHER LLP
21600 W. Oxnard Street Suite 600
Woodland Hills, CA 91367
Tel. (818) 340-5400

[Additional counsel listed on signature page]

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE 1, an individual, et al., <br><br>                Plaintiffs, <br><br> vs. <br><br> JAIME S. SCHWARTZ, MD, an individual, et al., <br><br>                Defendants. | Case No.: CV 25-898-GW-SSCx <br><br> **CLASS ACTION** <br><br> **ORDER APPROVING STIPULATION TO CONTINUE HEARING ON MOTION TO CONSOLIDATE AND TO APPOINT INTERIM CLASS COUNSEL** |

- 1 -

**ORDER**

The Court, having considered the parties Stipulation, and finding good cause, hereby APPROVES the Stipulation as follows:

The hearing on Plaintiffs' Motion to Consolidate and to Appoint Interim Class Counsel (ECF No. 34) is hereby continued from June 12, 2025 to June 26, 2025 at 8:30 a.m. in Courtroom 9D.

**It is SO ORDERED**

Dated: May 22, 2025

_____
HON. GEORGE H. WU,
United States District Judge

# **CERTIFICATE OF SERVICE**

I, the undersigned, certify that I filed the foregoing document using the Court's CM/ECF electronic filing platform. I am informed that filing through the CM/ECF Platform results in notice to all interested parties in this action. I also served a courtesy copy of the same via email on the parties listed above as follows:

- Raina Borrelli <raina@straussborrelli.com>; Carly Roman <croman@straussborrelli.com>

- Aaron Olsen <aarono@haelaw.com>

- Grimaldi, Michael <Michael.Grimaldi@lewisbrisbois.com>; Bartolomeo, Bradley <Bradley.Bartolomeo@lewisbrisbois.com>

- Aaron Katz <akatz@aaronkatzlaw.com>

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on May 23, 2025 at West Hollywood, California.

[Print Name]                              [Signature]