Damion D. D. Robinson, Cal. Bar No. 262573
  dr@robinsonmarkevitch.com
David Markevitch, Cal. Bar No. 256163
  dm@robinsonmarkevitch.com
Jimmie Davis Parker Cal. Bar No. 252023
  jdp@robinsonmarkevitch.com
ROBINSON MARKEVITCH & PARKER LLP
8430 Santa Monica Blvd., Suite 200
West Hollywood, CA 90069
Tel. (213) 757-7778

Raymond P. Boucher, Cal. Bar No. 115364
  ray@boucher.la
Shehnaz M. Bhujwala, Cal. Bar No. 223484
  bhujwala@boucher.la
BOUCHER LLP
21600 W. Oxnard Street Suite 600
Woodland Hills, CA 91367
Tel. (818) 340-5400

[Additional counsel listed on signature page]

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE 1, an individual, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> JAIME S. SCHWARTZ, MD, an individual, et al., <br><br> Defendants. | Case No.: CV 25-898-GW-SSCx <br><br> **CLASS ACTION** <br><br> **ORDER APPROVING STIPULATION REGARDING BRIEFING SCHEDULE ON MOTION FOR APPOINTMENT OF INTERIM CLASS COUNSEL** |

- 1 -

# ORDER

The Court, having considered the Stipulation Regarding the Briefing Schedule on the Motion for Appointment of Interim Class Counsel, and finding good cause, hereby APPROVES the Stipulation as follows:

1. Strauss Borrelli and Haeggquist & Eck shall each be permitted to file an Opposition to Plaintiffs' Motion to Consolidate and Appoint on or before June 6, 2025. The Oppositions shall also set forth each firm's arguments in support of their respective requests for appointment as interim class counsel and shall thus be deemed motions for appointment by each of the firms filing those Oppositions.

2. Plaintiffs shall file a combined reply brief to the Oppositions not more than 20 pages in length on or before June 12, 2025.

3. Strauss Borrelli and Haeggquist & Eck shall be permitted to file sur-replies of not more than five (5) pages on or before June 17, 2025.

4. No other briefing will be permitted with respect to any firm's requests for appointment without leave of court.

5. Plaintiffs' Motion to Consolidate and to Appoint Interim Class Counsel (ECF No. 34) shall remain on calendar, solely with respect to appointment of interim lead counsel, on June 26, 2025 at 8:30 a.m. in Courtroom 9D as currently scheduled.

**It is SO ORDERED**

Dated: June 4, 2025

HON. GEORGE H. WU
United States District Judge

## **CERTIFICATE OF SERVICE**

    I, the undersigned, certify that I filed the foregoing document using the Court's CM/ECF electronic filing platform. I am informed that filing through the CM/ECF Platform results in notice to all interested parties in this action.

    I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on June 5, 2025 at West Hollywood, California.

_____        _____
[Print Name]        [Signature]