**BOUCHER LLP**
RAYMOND P. BOUCHER, SB# 115364
   E-Mail: ray@boucher.la
SHEHNAZ M. BHUJWALA, SB# 223484
   E-Mail: bhujwala@boucher.la
21600 Oxnard Street, Suite 600
Woodland Hills, California 91367
Telephone: 818.340.5400
Fax: 818.340.5401

**STRAUSS BORRELLI PLLC**
RAINA C. BORRELLI (*PRO HAC VICE*)
   E-Mail: raina@straussborrelli.com
CARLY M. ROMAN, SB# 3479895
   E-Mail: croman@straussborrelli.com
980 N. Michigan Avenue, Suite 1610
Chicago, Illinois 60611
Telephone: 872.263.1100
Fax: 872.263.1109

*Interim Co-Lead Class Counsel*

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
MICHAEL K. GRIMALDI, SB# 280939
   E-Mail: Michael.Grimaldi@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendants
Jaime S. Schwartz, MD,
Jaime S. Schwartz, MD PC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| *In re Jaime S. Schwartz, MD, Data Security Litigation* | Lead Case No. CV 25-898-GW-SSCx (*related with CV 25-3393-GW-SSCx; CV 25-4446-GW-SSCx; CV 25-2263-GW-SSCx*) |
| | Hon. George H. Wu |
| | **CLASS ACTION** |
| | **ORDER GRANTING JOINT** |

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

160543763.1

[PROPOSED]

| | |
|---|---|
| | **STIPULATION TO CONTINUE THE FILING DEADLINE OF THE CONSOLIDATED AMENDED COMPLAINT, THE STATUS CONFERENCE, AND ALL RELATED DEADLINES** |
| | Trial Date:    None Set |

The Court, having reviewed the joint stipulation and for good cause appearing, hereby grants the parties' joint stipulation as follows:

1. The deadline for Plaintiffs to file their consolidated amended complaint shall be extended from July 28, 2025, to September 11, 2025.
2. The deadline for Defendants to file their answer or response to the consolidated amended complaint shall be extended from August 25, 2025, to October 9, 2025.
3. The new status conference shall be set for October 20, 2025 at 8:30 a.m.
4. The deadline for the parties to file a joint status report shall be October 16, 2025.

**IT IS SO ORDERED.**

DATED: July 28, 2025

_____
HON. GEORGE H. WU,
United States District Judge

LEWIS BRISBOIS BISGAARD & SMITH LLP
ATTORNEYS AT LAW

160543763.1

2

[PROPOSED]