UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re Jaime S. Schwartz, MD Data Security Litigation* | Lead Case No. CV 25-898-GW-SSCx<br><br>**ORDER GRANTING SECOND STIPULATION TO CONTINUE FILING DEADLINE OF CONSOLIDATED AMENDED COMPLAINT AND ALL RELATED DATES AND DEADLINES AND STIPULATED BRIEFING SCHEDULE ON PLAINTIFFS' MOTION TO PROCEED USING PSEUDONYMS (ECF NO. 70)**<br><br>The Hon. George H. Wu |

162236097.2

ORDER

The Court, having reviewed the joint second stipulation of the Plaintiffs and appearing Defendants, and for good cause shown, hereby grants the stipulated request and enters these orders:

1. The following will be the new briefing schedule and hearing date for Plaintiffs' Motion to Proceed Using Pseudonyms (ECF No. 70):

   - <u>September 12, 2025</u> - Deadline for Defendants to file their Response/Opposition to Plaintiffs' Motion to Proceed Using Pseudonyms (15 days after current deadline of August 28, 2025)
   - <u>September 19, 2025</u> – Deadline for Plaintiffs to file their Reply in Support of Motion to Proceed Using Pseudonyms.
   - <u>Monday October 6, 2025, at 8:30 a.m.</u>: Hearing on Plaintiffs' Motion to Proceed Using Pseudonyms [70]

2. Plaintiffs' current September 11, 2025 deadline to file their consolidated amended complaint shall be continued to 7 court days after the Court rules on Plaintiffs' Motion;

3. Defendants' deadline to file their answer or response to the consolidated amended complaint will be 21 days after Plaintiffs filed their consolidated amended complaint; and

4. The Court will continue the October 20, 2025 status conference to November 13, 2025 at 8:30 a.m. The deadline for the parties to file a joint status conference report shall be November 10, 2025.

**IT IS SO ORDERED.**

DATED: August 28, 2025

_____
HON. GEORGE H. WU,
United States District Judge

162236097.2

3
ORDER