EXHIBIT 7

Breach Tracking Number: **YH4HFQ6HTR**

Thank you for filing a breach notification via the website of the Office for Civil Rights (OCR) at the Department of Health and Human Services. This is an automated response to acknowledge receipt of your breach notification.

**Please do not fax, email, or mail a copy of this breach notification to us as that may delay the processing of your breach notification.**

If you have questions or would like to provide feedback about the Health Insurance Portability and Accountability Act (HIPAA) Breach Notification process, or OCR's investigative process, please send us an email at OCRbreachreportingfeedback@hhs.gov.

* Breach Affecting:              Fewer Than 500 Individuals
* Report Type:                   Addendum to Previous Report
* Breach Tracking Number: YH4HFQ6HTR

* Are you a Covered Entity filing on behalf of your organization? Yes

**Covered Entity**
* Name of Covered Entity: Jaime Schwartz MD
* Type of Covered Entity:   Healthcare Provider
* Street Address Line 1:    240 S LaCienaga Blvd
Street Address Line 2:      Suite 200
* City:                     beverly hills
* State:                    California
* ZIP:                      90211

**Covered Entity Point of Contact Information**
* First Name: Ross          * Last Name:  Molina
* Email:      Ross.Molina@lewisbrisbois.com
* Phone Number: (Include area code):

Contact Phones

**Phone Number Usage**

(504) 267-2211  Work

* Breach Start Date:    03/29/2024   * Breach End Date:    06/27/2024
* Discovery Start Date: 06/27/2024   * Discovery End Date: 01/06/2025
* Approximate Number of Individuals Affected by the Breach: 417

* Type of Breach:           Hacking/IT Incident

* Location of Breach:       Desktop Computer
                            Electronic Medical Record

* Type of Protected Health Information Involved in

**Clinical
Demographic**

| | |
|---|---|
| Breach: | * Clinical |
| |     Diagnosis/Conditions<br>    Lab Results<br>    Medications<br>    Other Treatment Information |
| | * Demographic |
| |     Address/ZIP<br>    Date of Birth<br>    Drivers License<br>    Name<br>    SSN<br>    Other Identifier |
| * Brief Description of the Breach: | On June 27, 2024, Jaime S. Schwartz MD, PC ("Dr. Schwartz") received an email from an anonymous proton email account. The email contained a link to a mega.nz site, along with a username and password to access the site. Dr. Schwartz immediately engaged a specialized third-party forensic incident response firm to conduct a forensic investigation and determine the extent of the compromise. The mega.nz site contained electronic health records stolen from Dr. Schwartz' third party hosted EHR platform (ModMed), along with a ransom note wherein the threat actor claimed to have compromised ModMed by stealing an employee's credentials via phishing email, after calling the office. For background, Dr. Schwartz contracts with MEDVA (Medically Training Virtual Assistants) to outsource staffing. Diana Tagaban, an employee of MEDVA, handled Dr. Schwartz's appointment scheduling. To perform her duties for Dr. Schwartz's practice, Ms. Tagaban has access to ModMed, a third-party hosted medical billing and practice management system. Ms. Tagaban does not have access to Dr. Shwartz's network environment. The forensic investigation determined that Ms. Tagaban fell victim to a social engineering and subsequent phishing email scheme. Specifically, Ms. Tagaban allowed a threat actor remote access to her computer. Utilizing Ms. Tagaban's workstation remotely, the threat actor captured and utilized Tagaban's username and credentials to access and download Dr. Schwartz' data from ModMed from April 3, 2024, to April 24, 2024. Electronic discovery was required to identify the names of all individuals whose protected health information was impacted. Dr. Schwartz then required ModMed to provide addresses for the impacted individuals. ModMed provided addresses for a subset of individuals on December 12, 2024. Upon review of those individuals without addresses available, it was determined that those individuals were not patients of Dr. Schwartz. A total of 417 individuals subject to HIPAA were impacted in this incident. Since this was a breach of a third party and not a breach of Dr. Schwartz's network, Dr. Schwartz was required to rely on third parties for the investigation |
| * Safeguards in Place Prior to Breach: | Privacy Rule Safeguards (Training, Policies and Procedures, etc.)<br>Security Rule Administrative Safeguards (Risk Analysis, Risk Management, etc.)<br>Security Rule Physical Safeguards (Facility Access Controls, Workstation Security, etc.) |

Security Rule Technical Safeguards (Access Controls, Transmission Security, etc.)

| | | | |
|---|---|---|---|
| * Individual Notice Provided Start Date: | 01/31/2025 | Individual Notice Provided Projected/Expected End Date: | 01/31/2025 |
| Was Substitute Notice Required? | No | | |
| Was Media Notice Required? | No | | |

* Actions Taken in Response to Breach:
Changed password/strengthened password requirements
Implemented new technical safeguards
Provided individuals with free credit monitoring
Revised policies and procedures
Took steps to mitigate harm

Under the Freedom of Information Act (5 U.S.C. §552) and HHS regulations at 45 C.F.R. Part 5, OCR may be required to release information provided in your breach notification. For breaches affecting more than 500 individuals, some of the information provided on this form will be made publicly available by posting on the HHS web site pursuant to § 13402(e)(4) of the Health Information Technology for Economic and Clinical Health (HITECH) Act (Pub. L. 111-5). Additionally, OCR will use this information, pursuant to § 13402(i) of the HITECH Act, to provide an annual report to Congress regarding the number and nature of breaches that are reported each year and the actions taken to respond to such breaches. OCR will make every effort, as permitted by law, to protect information that identifies individuals or that, if released, could constitute a clearly unwarranted invasion of personal privacy.

I attest, to the best of my knowledge, that the above information is accurate.

 * Name: Ross Molina, Esq.    Date: *01/06/2025*