# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

IN RE JAIME S. SCHWARTZ, MD, DATA SECURITY LITIGATION

Lead Case No. CV 25-898-GW-SSCx

**ORDER GRANTING STIPULATION FOR JURISDICTIONAL DISCOVERY AND TO CONTINUE HEARING ON MOTIONS TO DISMISS**

The Court, having considered the Parties' Stipulation for Jurisdictional Discovery and to Continue Hearing on Motions to Dismiss (ECF Nos. 142, 143, 144, 145, 147), and good cause appearing, hereby ORDERS as follows:

1. Plaintiffs are granted leave to conduct jurisdictional discovery as set forth in Exhibits A–D to the Motion upon entry of this order.

2. MEDVA, LLC and the Schwartz Defendants shall serve written responses to the discovery requests within thirty (30) days of service.

3. Any jurisdictional depositions shall be completed within ninety (90) days of the date of this Order. Jurisdictional discovery shall close ninety (90) days from the date of this Order.

[PROPOSED] ORDER GRANTING STIPULATION FOR JURISDICTIONAL DISCOVERY AND TO CONTINUE HEARING ON MOTIONS TO DISMISS - 1

4.      ModMed may participate in the discovery proceedings as an observer.

5.      Within fourteen (14) days after the close of jurisdictional discovery, Plaintiffs shall file a supplemental brief, not to exceed fifteen (15) pages, addressing the issues raised in MEDVA's Motion to Dismiss, and within fourteen (14) days thereafter, MEDVA shall file a supplemental brief, not to exceed fifteen (15) pages.

6.      The hearing currently set for May 21, 2026 on Defendants' Motions to Dismiss (ECF Nos. 142, 143, 144, 145, 147) is vacated and reset to September 17, 2026 at 8:30 a.m.

IT IS SO ORDERED.

Dated: May 14, 2026

_____
HON. GEORGE H. WU,
United States District Judge

[PROPOSED] ORDER GRANTING STIPULATION  FOR JURISDICTIONAL DISCOVERY AND TO CONTINUE HEARING ON MOTIONS TO DISMISS - 2