**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE JAIME S. SCHWARTZ, MD, DATA SECURITY LITIGATION | Lead Case No. CV 25-898-GW-SSCx<br><br>**ORDER RESETTING HEARING DATE ON MOTIONS TO DISMISS**<br><br>The Hon. George H. Wu<br><br>Lead Action Filed: February 3, 2025<br>Trial Date: Not Set |

**ORDER**

On stipulation of the parties, the Court hereby resets the hearing date on Defendants' motions to dismiss [142, 143, 144, 145, 147] from September 21, 2026 to October 1, 2026. The time of the hearing shall remain 8:30 a.m. PST.

SO ORDERED.

Dated: September 11, 2026

George H. Wu

HON. GEORGE H. WU,
United States District Judge